PETERS, Respondent, v. STUART, Appellant.

(Common Pleas of New York City and County, General Term.    April 10, 1893.)

Action by Catharine A. Peters against Sidney H. Stuart, as administrator.
Theo. N. Melvin, for appellant.
Seaman Miller, for respondent.
No opinion.    Motion for reargument denied, with $10 costs.    See 21 N. Y.
Supp. 993.

---

THOMAS ROBERTS STEVENSON CO., Respondent, v. ALDRICH et al., Appellants.

(Superior Court of New York City, General Term.    March 6, 1893.)

Action by the Thomas Roberts Stevenson Company against Spencer Aldrich
and others.
Argued before SEDGWICK, C. J., and DUGRO and GILDERSLEEVE, JJ.

Spencer Aldrich, for appellants.
Phillips & Avery, for respondent.

PER CURIAM.    A careful examination of the case discloses no error requiring
reversal.    There was no lien or incumbrance. other than the mortgages referred
to in the agreement of June, 1891, upon the premises in question at the time the
buildings were substantially finished.    The taxes became a lien at a time subse-
quent to the completion.    True, they were so prior to the receipt of Owens'
certificate, but the agreement read "that none of the above advances shall be
made if, when such advance becomes due, according to the terms of this con-
tract as above specified, there shall be any lien," etc.; and the terms referred to
as above specified made no reference to the time of the receipt of the certificate,
but read that the payment should be "when the said five buildings are in all
other respects completely finished."    The referee has found upon conflicting
evidence that the buildings were substantially completed November 1, 1891, and
of this the appellant complains.    Upon the whole case, we are disinclined to
disturb the finding, though the question with respect to it is one not free from
doubt.    Judgment affirmed, with costs.

---

PEOPLE ex rel. COYLE, Relator, v. MARTIN et al., Police Commissioners,
Respondents.

(Superior Court of New York City, General Term.    May 1, 1893.)

Certiorari by John S. Coyle against James J. Martin and others, police com-
missioners, to review the judgment of the police board of New York city dis-
missing relator from the police force.    Writ dismissed.
Argued before SEDGWICK, C. J., and FREEDMAN and McADAM, JJ.

Wm. H. Clark, for relator.
L. J. Grant, for respondents.

PER CURIAM.    The judgment should be affirmed, and the writ dismissed,
with $50 costs and disbursements to the respondents.

---

SIMERMAN, Respondent, v. SICKLES, Sheriff, Appellant.

(Superior Court of New York City, General Term.    May 1, 1893.)

Appeal from jury term.
Action by Joseph Simerman against Daniel E. Sickles, as sheriff, for the wrong-
ful detention of certain tobacco.    From a judgment for plaintiff entered on a
verdict, and from an order denying a motion for a new trial, defendant appeals.
Affirmed.
Argued before SEDGWICK, C. J., and FREEDMAN, J.

Hays & Greenbaum, (Emanuel J. Meyers, of counsel,) for appellant.
Jacob Manheim, for respondent.